Court of Appeals
Fourth Court of Appeals District of Texas
San Antonio




# MEMORANDUM OPINION

No. 04-11-00230-CV

**IN THE INTEREST OF L.M.B.** and E.S.B., Children

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2002-CI-09082
Honorable Victor Hugo Negron Jr., Judge Presiding

PER CURIAM

Sitting:      Catherine Stone, Chief Justice
              Karen Angelini, Justice
              Sandee Bryan Marion, Justice

Delivered and Filed:  June 22, 2011

DISMISSED

Appellant has filed a notice of nonsuit which the court construes as a motion to dismiss this appeal.  The motion contains a certificate of service to appellee, who has not opposed the motion.  Therefore, we grant the motion and dismiss the appeal.  *See* TEX. R. APP. P. 42.1(a)(1). Costs of the appeal are taxed against appellant.

PER CURIAM